UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CINDY THAYER,

    Plaintiff,

v.        Case No:   6:19-cv-784-GAP-LRH

RANDY MARION CHEVROLET
BUICK CADILLAC, LLC,

    Defendant.

## ORDER

This cause comes before the Court on Defendant's Amended Motion for Costs (Doc. 71) filed April 28, 2021.

On October 4, 2021, the United States Magistrate Judge issued a report (Doc. 76) recommending that the motion be granted in part and denied in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Amended Motion for Costs (Doc. 71is **GRANTED IN PART and DENIED IN PART**.

3. Defendant is awarded costs in the amount of $6,794.60, allocated as follows:

- $400.00 in fees of the Clerk
- $195.00 in subpoena service costs
- $1,121.25 in costs for subpoenaing Plaintiff's medical records
- $3,228.35 in deposition transcript costs
- $1,610.00 for court reporter attendance fees
- $240.00 in witness fees

4. The requests for all other costs are **DENIED**.

5. The Clerk is directed to enter a cost judgment in favor of Defendant in the amount of $6,794.60.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 27, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party